## HARDY *v.* THE STATE.

SIMMONS, C. J. Where the indictment charged the accused with the larceny of a "fawn-colored Jersey heifer about eighteen months old," and the proof showed the larceny of a fawn-colored heifer, this was a fatal variance.

*Judgment reversed. All the Justices concurring.*

Argued October 15, — Decided October 26, 1900.

Indictment for simple larceny. Before Judge Fite. Catoosá superior court. June 16, 1900.

*Mann & Terry*, for plaintiff in error.
*Sam. P. Maddox, solicitor-general*, contra.